UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL ANGELO DIXON JR

(Enter above the full name of plaintiff in this action)

v.

DANIEL J. FREEDMAN
Cumberland County
Pennsylvania State Police
Commonwealth of Pennsylvania

(Enter above the full name of the defendant(s) in this action)

CIVIL CASE NO: 1:25-CV-1914
(to be supplied by Clerk of the District Court)

FILED
HARRISBURG, PA
OCT 14 2025
PER _____ DEPUTY CLERK

## COMPLAINT

1. The plaintiff __Michael Angelo Dixon Jr.__ a citizen of the County of __Cumberland__ State of Pennsylvania, residing at __P.O. Box #142__ wishes to file a complaint under __Title 28 U.S.C. 1441__ (give Title No. etc.) __; Supremacy Clause__

2. The defendant is __1. DANIEL J. FREEDMAN, 2. Cumberland County, 3. Pennsylvania State Police, 4. Commonwealth of Pennsylvania__

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary) __Please See Attached...__

All Rights Reserved
Without Prejudice
UCC 1-308

3. (CONTINUED) Please See Attached claim/ Statement of Claim; page count - 2 pgs.

    Furthermore Commonwealth of Pennsylvania is continuously attempting to force defendant into contract/license which expired on the 23rd of May, 2023. Notice was filed in Cumberland County Court Common Please. Filing CP-21-MD-419-2003 and rescission recieved by Penndot 15th Aug, 2023. Section 1517Bli of the Pennsylvania Code is a violation of the 4th U.S.C.A. and Due Process /Bill of Attainneb.

4. WHEREFORE, plaintiff prays that this Honorable Court:

1. Order a settelment for Oath violations.

2. Order The Commonwealth of Pennsylvania correct the records.

3. Charge with - Please See attached sheet for charges

_____
(Signature of Plaintiff)

Michael Angelo Dixon Jr.
(Printed Name of Plaintiff)

P.O. Box # 142
Carlisle, PA 17013-0142
(Address of Plaintiff)

717-320-2658
(Phone Number of Plaintiff)

All Rights Reserved
Without Prejudice
UCC 1-308

Statement Of Claim

To: U.S. District Court
Middle District of Pennsylvania
Sylvia H. Rambo, US Courthouse
1501 North 6th street, Suite 101
Harrisburg, PA 17102

Reference: Policy # "See Attached Bond"

Additional Insured: MICHAEL ANGELO DIXON, State ID# 28 038 730

MICHAEL ANGELO DIXON JR citizen of Pennsylvania Republic. Elector of Pennsylvania House of Representatives District.____199_, And. Additionally insured of policy number # Please See Attached files this statement of claim for damages Caused by Commonwealth of Pennsylvania, Cumberland County, Pennsylvania State Police ,and DANIEL J. FREEDMAN intentional tort.

By the doctrine of "strict liability" Claimant was damaged by DANIEL J. FREEDMAN Malicious prosecution under Commonwealth Of Pennsylvania Court file.#_____ And its Uniform Law citation. Ticket number # Please See Att. No agent, officer, or employee of the Commonwealth of Pennsylvania complied with the supreme law of the land and federal law to be empowered to enforce the laws of the United States, Pennsylvania vehicle code, or any other public law.

The Person calming authority under the United States have an obligation to comply with the sixth article of the Constitution of the United States in section 101 of Title (4) Four of the United States Code prior to exercising any authority. No Commonwealth of Pennsylvania officer, agent, or employee can prove compliance.

Other recorded strict liability offenses by the Commonwealth of Pennsylvania on claimant include terrorism, false arrest, imprisonment., Injury to my being, and waste of my estate. A search of the Commonwealth of Pennsylvania's records will uncover proof of these intentional torts.

Claimant is an injured party of intentional tort covered offenses described as personal and advertising injury., terrorism, bodily injury, property damage within the Commonwealth of Pennsylvania, County of Cumberland, Carlisle Borough commercial general liability insurance policy, and Surety Bond # _Please See Attached_ _____.

Claimant demands a settlement for damages, and that The Commonwealth of Pennsylvania correct the records. That contributed to the Commonwealth of Pennsylvania's erroneous presumption of authority over climate.

_State Farm & Mescine Ross_ Is the insurance broker owing a duty to facilitate claimants' relief and claimant Is in expectation of, _State Farm, Mescine Ross and Others_ Executing its duty.

Date 10th oct, 2025

Cc/file

dma

Sincerly

Michael Angelo Dixon Jr
P.O. Box # 142
Carlisle, PA 17013-0142

All Rights Reserved
Without Prejudice
UCC 1-308

## CHARGES:

1. Violation of oath of office-, 18, USC subsection, 3571, 18 USC subsection 1918, and 28 USC subsection 3002(15)
2. obstruction of justice.
3. Mailing threatening communications- 18, USC subsection, 876
4. Frauds and swindles- 18 USC subsection, 1341"
5. conspiracy against rights- 18 USC subsection 241
6. Deprivation of rights under the color of law- 18 USC subsection, 242
7. Officer and employee acting as agents of foreign principles- 18 USC subsection, 219
8. Extortion by officers or employees of the United States- 18 USC subsection, 872
9. Extortion- 25 CFR subsection 11.417.
10. Action for neglect to prevent- 42 USC subsection, 1986
11. Tampering with records-, 25 CFR subsection, 11.420.
12. Officer or employee of the United States -18 USC subsection 912
13. Impersonating a public servant- 25, CFR subsection, 11.432.
14. Impeachment removal from office

All actions have been done, knowingly willingly, and intentionally with reckless disregard for the supreme law of the land. All above listed defendants cannot claim ignorance to the law, for that is not an excuse and are not layman or civilians.

Date: 10th/oct/2025
dma
Cc/file

P.O. Box # 142
Carlisle, PA 17013-0142